PFE/KMP October 2022
GJ#8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BANYON ELISHA SMITH | ) |

## INDICTMENT

**COUNTS ONE through SEVEN:** [18 U.S.C. § 922(a)(1)(A)]

The Grand Jury charges that:

1. On or about the dates listed below, in Shelby County, within the Northern District of Alabama, the defendant,

**BANYON ELISHA SMITH,**

while not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms as more specifically described hereafter.

2. The allegations set forth in paragraph 1, above, are hereby realleged and

incorporated by reference for each of the following counts, as though fully set forth therein:

| COUNT | DATE | FIREARM SOLD BY SMITH |
|---|---|---|
| 1 | 04/23/2020 | Norinco 7.62 caliber rifle |
| 2 | 04/27/2020 | Arsenal Inc. 7.62 caliber rifle |
| 3 | 04/27/2020 | Romarm/Cugir 7.62 caliber rifle |
| 4 | 04/27/2020 | Izhmash 7.62 caliber rifle |
| 5 | 04/27/2020 | DC Industries 7.62 caliber rifle |
| 6 | 04/30/2020 | James River Armory 7.62 caliber rifle |
| 7 | 04/30/2020 | Century Arms International 7.62 caliber rifle |

All in violation of Title 18, United States Code, Sections 922(a)(1)(A).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/ Electronic Signature*
                                        KRISTY M. PEOPLES
                                        Assistant United States Attorney